ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ELIAS LANDSBERGER, Respondent, v. NILUS BUILDING CORPORATION, Appellant, and Others, Defendants.— Motion for extension of time to perfect and argue appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ALFRED A. LA PORTE, Respondent, v. HASCO CONSTRUCTION CORPORATION, Appellant, and Others, Defendants.— Motion for stay of foreclosure and sale granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ALFRED A. LA PORTE, Respondent, v. HASCO CONSTRUCTION CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ETHEL LUBARSKY, Respondent, v. FANNIE EDELMAN, Appellant. SAMUEL LIPSCHUTZ and Another, Defendants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ETHEL MADFES, Respondent, v. BEVERLY DEVELOPMENT CORPORATION and Others, Defendants, and THE COALECON COMPANY, INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MARY A. MCDONALD, Appellant, v. KENNY COAL AND ICE CORPORATION, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

HENRY MILES & SONS, INC., Respondent, v. DAVID SEROTA, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

VIOLA MYERS and J. RHODES O'REILLY, as Receiver of Real and Personal Property of HENRY J. MYERS, Respondents, v. HENRY J. MYERS, THE BANKERS TRUST COMPANY, CATHLEEN HARRIET MYERS, MATTHEW P. DOYLE, as Guardian ad Litem of CATHLEEN HARRIET MYERS, etc., Appellants. HAROLD LANE AND THE LENOX HILL HOSPITAL, Defendants.— Motion to discontinue appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

VIOLA MYERS and J. RHODES O'REILLY, as Receiver of Real and Personal Property of HENRY J. MYERS, Respondents, v. HENRY J. MYERS, THE BANKERS TRUST COMPANY, CATHLEEN HARRIET MYERS, MATTHEW P. DOYLE, as Guardian ad Litem of CATHLEEN HARRIET MYERS, an Infant under the Age of Fourteen Years, Appellants. HAROLD LANE and THE LENOX HILL HOSPITAL, Defendants. In the Matter of the Application of MATTHEW P. DOYLE, as Guardian ad Litem of CATHLEEN HARRIET MYERS, an Infant, for an Allowance.— Motion to dismiss